IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01208-WJM-NRN

UNITED STATES OF AMERICA, *ex rel.*, MARK A. RAHE,

    Plaintiff,

v.

WILLIAM CHOI, M.D.,
WILLIAM CHOI M.D. NEUROSURGERY ASSOCIATES, PROFESSIONAL LLC, a Colorado Limited Liability Corporation,
PRECISION SPINE CENTER, PROFESSIONAL LLC, a Colorado Limited Liability Corporation,
NEXUS SPINE LLC, a Delaware Limited Liability Company,
4D SPINE, INC., a Colorado Corporation,
MILLENIUM HOLDINGS, LLC, a Colorado Limited Liability Company, and
PRECISION IMAGING LLC, a Colorado Limited Liability Company,

    Defendants.

## NOTICE OF SETTLEMENT IN PRINCIPLE

    The United States, relator Mark A. Rahe, and Defendant William Choi hereby notify the Court that they have reached a settlement in principle that will resolve all substantive claims in this matter. The parties are in the process of finalizing a written agreement. The parties are also in the process of determining whether they will be able to resolve the ancillary issues of: (1) relator's share of the settlement and (2) Defendants' payment of relator's attorneys' fees and costs. The parties will update the Court no later than January 13, 2020, on the status of the settlement, and on whether the parties will require the Court's assistance with a determination of relator's share and/or the fee and cost award.

Respectfully submitted this 20th day of December, 2019.

<div style="display: flex;">
<div>

*s/ Michael S. Porter*
MICHAEL S. PORTER
The Law Firm of Michael S. Porter LLC
4350 Wadsworth Blvd., Suite 300
Wheat Ridge, CO 80033
(303) 940-8370
E-mail: porterlaw@comcast.net

Counsel for Relator

</div>
<div>

*s/ Mindy Sauter*
MINDY SAUTER
Elliott Sauter PLLC
7557 Rambler Road, Suite 970
Dallas, TX 75231
(469) 758-4151
Email: mindy@elliottsauter.com

Counsel for Defendant Dr. Choi

</div>
</div>

*s/ Paul S. Enockson*
PAUL S. ENOCKSON
Enockson Law LLC
4350 Wadsworth Blvd, Suite 300
Wheat Ridge, CO 80033
(303) 999-0134
Email: paul@enocksonlaw.com

Counsel for Relator

JASON R. DUNN
United States Attorney

*s/ Andrea Wang*
ANDREA WANG
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
E-mail: andrea.wang@usdoj.gov

Counsel for United States of America