**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01208-WJM-NRN

UNITED STATES OF AMERICA, *ex rel.*, MARK A. RAHE,

      Plaintiff,

v.

WILLIAM CHOI, M.D.,
WILLIAM CHOI M.D. NEUROSURGERY ASSOCIATES, PROFESSIONAL LLC, a Colorado Limited Liability Corporation,
PRECISION SPINE CENTER, PROFESSIONAL LLC, a Colorado Limited Liability Corporation,
NEXUS SPINE LLC, a Delaware Limited Liability Company,
4D SPINE, INC., a Colorado Corporation,
MILLENIUM HOLDINGS, LLC, a Colorado Limited Liability Company, and
PRECISION IMAGING LLC, a Colorado Limited Liability Company,

      Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1), Relator Mark Rahe ("Realtor") and the United States hereby stipulate to the dismissal of this False Claims Act action.

After full investigation of the matter by the United States, and having reached a fair and reasonable settlement with Defendants William Choi, William Choi M.D. Neurosurgery Associates. LLC, Millenium Holdings, LLC and Precision Imaging, LLC ("Settling Defendants"), Relator and the United States have agreed to the dismissal of this case in its entirety, on the following terms:

    1. Relator dismisses all claims against all defendants, with prejudice.

2. The United States dismisses all claims against the Settling Defendants, and against Precision Spine Center, LLC, with prejudice.

3. The United States dismisses all claims against Nexus Spine, LLC and 4D Spine, Inc., without prejudice.

Respectfully submitted this 12th day of February, 2020.

*s/ Michael S. Porter*
MICHAEL S. PORTER
The Law Firm of Michael S. Porter LLC
4350 Wadsworth Blvd., Suite 300
Wheat Ridge, CO 80033
(303) 940-8370
E-mail: porterlaw@comcast.net

Counsel for Relator

*s/ Paul S. Enockson*
PAUL S. ENOCKSON
Enockson Law LLC
4350 Wadsworth Blvd, Suite 300
Wheat Ridge, CO 80033
(303) 999-0134
Email: paul@enocksonlaw.com

Counsel for Relator


JASON R. DUNN
United States Attorney

*s/ Andrea Wang*
ANDREA WANG
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
E-mail: andrea.wang@usdoj.gov

Counsel for United States of America

2